# In the United States District Court for the Southern District of Georgia Savannah Division

SUSHMA ALVAR,

    Plaintiff,

v.

YUDUNANDAN RAO, et al.,

    Defendants.

4:25-cv-125

### ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss without prejudice Plaintiff's Complaint based on her failure to follow this Court's Orders and Local Rules and failure to prosecute. Dkt. No. 9. Plaintiff did not file Objections to the Report and Recommendation, and the time to do so has elapsed. In fact, this Court's mailing was returned as undeliverable, with the notation: "Return to Sender, Insufficient Address, Unable to Forward." Dkt. No. 10 at 1.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS without prejudice** Plaintiff's

Complaint, dkt. no. 1, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Plaintiff leave to appeal *in form pauperis*.

**SO ORDERED**, this 12 day of November, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA